Adam J Vandever T389046
Name and Prisoner/Booking Number

Lower Buckeye Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 2 6 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Adam Justin Vandever,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Chief Jeri Williams ind+off capacity
(Full Name of Defendant)

(2) Det. Gilpatrick ind+off capacity

(3) Phoenix Police Department Crisis Response Unit,

(4) Phoenix Police Department,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-18-04214-PHX-SRB--JZB
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Jury Trial Requested

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____

2. Institution/city where violation occurred: Lower Buckeye Jail Facility

## B. DEFENDANTS

1. Name of first Defendant: **Jeri Williams**. The first Defendant is employed as: **Chief of Police** (Position and Title) at **Phoenix Police Dept** (Institution).

2. Name of second Defendant: **Det. Gilpatrick**. The second Defendant is employed as: **Detective** (Position and Title) at **Phoenix Police Dept** (Institution).

3. Name of third Defendant: **Phoenix Police Dept. C.R.U.**. The third Defendant is employed as: **Crisis Response Unit** (Position and Title) at **Phoenix Police Dept.** (Institution).

4. Name of fourth Defendant: **Phoenix Police Dept**. The fourth Defendant is employed as: **Law Enforcement Agency** (Position and Title) at **Phoenix Police Dept.** (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? **1**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Adam Vandever** v. **Sheriff Paul Penzone + Cpt. Harsha**
      2. Court and case number: **2:18-CV-03159-SRB-JZB**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: United States Constitution Amendments: Four, Five, Six and Fourteen.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: Failure to Protect and Serve, Failure to Protect Public at Large, Failure to Protect Self Bodily Harm.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I, Adam J Vandever am a pretrial detainee confined at the Lower Buckeye Jail Facility in Administrative Segregation Housing Unit. I've been incarcerated here since 8-10-2017. My crimes consist of Attempted Murder FN2, Aggravated Assault with a Deadly Weapon, various FACHRS counts of Dangerous Crimes Against Children. On Aug 7th 2017 Phoenix Police responded to my residence for a welfare check and possible suicide (attempt.) Det. Gilpatrick was a responding officer and assumed control of scene. I do not know the full details as to what conversations took place as I am still learning new evidence weekly. My house was surrounded by P.P.D. for several hours, time came and all officers left. Det. Gilpatrick proceeded to Mercy Maricopa U.P.C. Mental Health to obtain an order for "Against My Will Transport and Treatment". Said order was obtained by Gilpatrick at 1700 hours and signed by a physician by 1715. Det. Gilpatrick did not come and serve order, instead leaving UPC and going to his station. I was left unguarded and able to leave at my own will. In an extreme intoxicated and delusional state I left my house and committed various felonies and heinous crimes against my family. I was shot and had to get surgery to correct broken femur. Failure to protect me and to serve me and the public lead to my injuries and confinement.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Shot in right leg, broken femur, scaring on body due to corrective surgery, loss of job, house, belongings and most of all my kids. Head injury. Have to sit in Ad-Seg because general population poses a threat to my safety. Now I have added depression, anxiety, mental instability and put in an environment I've never been subjected to.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I don't have access to any grievance processes as a incarcerated inmate.

3

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I'M DEMANDING PHOENIX POLICE TO CHANGE POLICIES SET FORTH FOR UNSTABLE AND MENTAL HEALTH CONFRONTATIONS WITH PUBLIC AND IN POLICIES TO BETTER SERVE AND PROTECT ANY AND ALL INDIVIDUALS THAT COULD POSSIBLY BE AFFECTED. BETTER HANDLE OF UPC MENTAL HEALTH POLICIES AND EXECUTION. I'M WANTING HELP FROM P.P.D. TO HELP MENTAL ILLNESS CRISES TEAMS ON THE DAMAGE THEIR OFFICERS CAUSED. I'M ASKING FOR PUNITIVE DAMAGES TO BE DECIDED BY A JURY OR TO THE SUM OF $2,500,000 FOR BODILY HARM, INCARCERATION AND A LIFE I WOULD'VE NEVER HAD IF I WAS BETTER SERVED.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2018·11·15
DATE

_____ ADAM VANDEVER
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE

## CERTIFICATION

I hereby certify that on this date     **November 19, 2018**

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

√   Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____    B3638
Legal Support Specialist Signature     S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009